PEARL LEAVITT, APPELLANT, v. MOSES LEAVITT, RESPONDENT.

Submitted May 31, 1929—Decided February 3, 1930.

For the appellant, *Wolber & Gilhooly.*

For the respondent, *Joseph Kraemer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—TRENCHARD, KALISCH, LLOYD, CASE, BODINE, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 9.

*For reversal*—THE CHANCELLOR, BLACK, CAMPBELL, VAN BUSKIRK, JJ. 4.